Received EEOC KCAO 9/28/2020

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.

ENTER CHARGE NUMBER
☐ FEPA
☐ EEOC    563-2020-03074

## KANSAS COMMISSION ON HUMAN RIGHTS AND EEOC

| NAME | Date of Birth | EEOC TELEPHONE NO. (Include Area Code) |
|---|---|---|
| Robert W. Clark | [redacted] | [redacted] |

| Street Address | City, State and Zip Code | County |
|---|---|---|
| 3200 North State Route 291 | Harrisonville, Missouri 64701 | USA |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP, COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below).

| NAME | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| Blue Valley School District | >15 | 913-239-4000 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|
| 15020 Metcalf Avenue | Overland Park, Kansas 66283 |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| Jean Higginbotham/Maureen Liggett | 913-239-4000 (work phone) |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|
| 15020 Metcalf Avenue (work address) | Overland Park, Kansas 66283 |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate boxes):
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION
☐ NATIONAL ORIGIN  ☐ RETALIATION  ☐ AGE
☒ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE (Month, day, year)
May 2020 – Present
☐ CONTINUING ACTION

My name is Robert W. Clark and I was an employee with the Blue Valley School District as an HVAC technician. I was hired on September 17, 2012 and terminated on Friday, July 31, 2020.

On or around May 18 and 19, 2020, I had been working on motors and had felt a "pull". On May 20, 2020, I was driving to work and could barely move my head and neck due to soreness and stiffness. I could barely keep my head up to drive. I told my supervisor, Casey Chambers, that I needed to go to the chiropractor. Mr. Paxton said that was okay so I went to the chiropractor that day. I was kept off work the rest of the week to get adjusted and then sent for an MRI which found a bulging disc at C4/C5 as well as a mass at the base of my skull. All of the doctors I went to said I was not supposed to work at all including Dr. Christine Moore, primary care physician and my chiropractor, Dr. Joshua Acosta.

During June 2020, my FMLA ran out which I did not know that I was even close for it to run out. I had never been told my "balance" or even how it was figured. Based on that, Blue Valley School District called to tell me that I had "voluntarily resigned" because I had not shown up for work when my FMLA lapsed. I told the school district that I had no intention of "voluntarily resigning".

Throughout the month of June and until the present, I had numerous appointments with Dr. Acosta and Dr. Christine Moore along with an appointment at Diagnostic Imaging Centers. I have been seen at St. Joseph's Medical Center for a CT scan by Dr. John Forman and appointments with Dr. Frank Holladay at St. Joseph's Medical Center.

On August 3, 2020, I received a certified letter dated July 31, 2020 from the Blue Valley School District and Jean Higginbotham confirming my termination of employment with the Blue Valley School District. Around the time of July 31, 2020, Jean Higginbotham called to let me know she was firing me but was calling it "voluntarily resigning" during this call she brought Lawrence into her office also. This is when I told her about me filing for the short-term

**Exhibit A**

disability then she stopped that conversation and said she would have Maureen Liggett call me. Maureen Liggett called me the next day to go over my benefits. Right after that phone call, I received the certified letter and had been locked out of my work email.

I was discriminated and retaliated against based upon my disability/perceived disability and denied the full benefits of my job from Blue Valley School District.

**WILLIAM CLAYTON PERKINS**
Notary Public - Notary Seal
STATE OF MISSOURI
Comm. Number 14631901
Jackson County
My Commission Expires: Dec. 4, 2022

NOTARY (When necessary to meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Date 9-28-20     Charging Party (Signature)

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE 28-9-20
(Day, month and year)