

|  |  |
|---|---|
|  | U.S. Department of Justice |
|  | Civil Rights Division |
|  | NOTICE OF RIGHT TO SUE WITHIN 90 DAYS |

VIA EMAIL

*150 M Street, N.E.*
*Karen Ferguson , EMP, 4CON, Room 9.514*
*Washington, DC 20530*

February 23, 2021

Mr. Robert W. Clark
c/o Lauren Perkins Allen, Esquire
Law Offices of Lauren Allen
4717 Grand Ave., Suite 130
Kansas City, MO  64112

Re:  EEOC Charge Against Blue Valley School District, et al.
       No. 563202003074

Dear Mr. Clark:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and the Commission has determined that it will not be able to investigate and conciliate that charge within 180 days of the date the Commission assumed jurisdiction over the charge and the Department has determined that it will not file any lawsuit(s) based thereon within that time, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action against the above-named respondent under:  Title I of the Americans with Disabilities Act of 1990,  42 U.S.C. 12111, et seq., and,  Title V, Section 503 of the Act, 42 U.S.C. 12203.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

   The investigative file pertaining to your case is located in the EEOC Kansas City Area Office, Kansas City, KS.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                              Sincerely,

                              Pamela S. Karlan
                              Principal Deputy Assistant Attorney General
                              Civil Rights Division

                       by      /s/ Karen L. Ferguson
                              Karen L. Ferguson
                              Supervisory Civil Rights Analyst
                              Employment Litigation Section

cc: Kansas City Area Office, EEOC
    Blue Valley School District, et al.

**Exhibit B**

Case 2:21-cv-02207-KHV-JPO   Document 1-2   Filed 05/04/21   Page 2 of 2